AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

January 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Myrna Gallegos_
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Aylin Naizeth PULIDO<br>and<br>Esteban Alexander PULIDO<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   **EP-25-MJ-200-ATB (1,2)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 15, 2025 _____ in the county of _____ El Paso _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 932(b)(1) | Conspiracy to Straw Purchase Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit which is hereby incorporate by reference

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Joshua Dolan, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 01/16/2025 _____

_____
_Judge's signature_

City and state: _____ El Paso, TX _____

Anne T. Berton, U.S. Magistrate Judge
_Printed name and title_

Complaint sworn to telephonically on
January 16, 2025   at _01:25 PM_   and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

Your affiant, Joshua Dolan, first being duly sworn as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), does hereby depose and state as follows:

1. On or about January 11, 2025, a Federal Firearms Licensee (FFL) located in El Paso, TX, the Western District of Texas, notified ATF of a suspicious attempted firearm purchase by Aylin Naizeth PULIDO.

2. The FFL staff advised your affiant that on January 11, 2025, Aylin PULIDO entered the FFL and asked to purchase a rifle for her self-protection. The FFL staff advised Aylin PULIDO was on a video call with a male while browsing firearms. The FFL staff advised a male, who identified himself as Aylin PULIDO's brother, entered the store shortly after and helped Aylin PULIDO decide which firearm to purchase.

3. On January 13, 2025, the FFL provided your affiant with ATF Form 4473 filled out by Aylin PULIDO on January 11, 2025, for one (1) DPMS Panther Arms, Model Anvil, 7.62 caliber rifle with serial number AV4702245. The FFL staff advised the firearm purchase was delayed due to the purchase being suspicious to the staff. The FFL staff advised your affiant that Aylin PULIDO provided the FFL with telephone number 915-XXX-9924 as a way to contact Aylin PULIDO.

4. Open-source records showed a shared address between Aylin PULIDO and Esteban PULIDO.

5. On January 13, 2025, the FFL staff provided your affiant with surveillance footage photographs of the attempted firearm purchase by Aylin PULIDO on January 11, 2025. The photographs of the male with Aylin PULIDO inside the FFL appears to match the individual in the photograph for the driver's license utilized by Esteban PULIDO.

6. Your affiant provided the FFL staff with the photograph for the driver's license utilized by Esteban PULIDO. The FFL staff identified Esteban PULIDO as the male that was with Aylin PULIDO inside the FFL during the attempted purchase of the firearm.

7. On January 13, 2025, the FFL staff provided your affiant with the surveillance footage of the attempted purchase of the firearm on January 11, 2025. The surveillance footage showed Aylin PULIDO entered the FFL at approximately 1601 hours. The surveillance footage showed Esteban PULIDO entered the FFL at approximately 1612 hours. The surveillance footage showed Aylin and Esteban PULIDO exited the FFL at approximately 1705 hours.

8. On January 13, 2025, ATF agents queried the telephone number PULIDO provided to the FFL (915-XXX-9924) in an El Paso County jail call system. Agents listened to a phone call that was made on January 11, 2025, at approximately 1721 hours, between (915-XXX-9924) and an inmate at the El Paso County Jail Annex. During the phone call, the

female utilizing telephone number 915-XXX-9924 advised that she purchased an AK-47 for her brother.

9.  A criminal history check for Esteban PULIDO shows on May 30, 2024, Esteban PULIDO was sentenced to probation for four years in the United States District Court, Western District of Texas, for 8 U.S.C. 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i) - Conspiracy to Transport Aliens (Case Number: EP:23-CR-02419-KC(2).

10. On January 14, 2025, agents contacted the Federal Probation Officer (PO) assigned to Esteban PULIDO. The PO advised agents that Esteban PULIDO is not allowed to possess firearms during his probation.

11. On January 15, 2025, Aylin PULIDO, Esteban PULIDO, and another male arrived in the parking lot of the above-mentioned FFL in a silver Nissan sedan registered to Aylin PULIDO. Your affiant, inside the FFL in plain clothes, observed Aylin PULIDO walk into the FFL alone. Your affiant observed Aylin PULIDO pay $974.24 in US currency and finalize completing the ATF Form 4473 to purchase the firearm. As Aylin PULIDO exited the store with the firearm, agents approached Aylin PULIDO. Aylin PULIDO consented to answering questions about the firearm she had just purchased.

12. During the interview with Aylin PULIDO, she advised agents that she purchased the firearm for herself and her brother Esteban PULIDO. Aylin PULIDO advised that Esteban PULIDO was the male who went to the FFL with her when she attempted to purchase the firearm on January 11, 2025.

13. Aylin PULIDO advised that Esteban PULIDO is not legally allowed to possess firearms because Esteban PULIDO was arrested for smuggling "Pollos" (Your affiant is familiar with "Pollos" as being street vernacular for illegal aliens).

14. Aylin PULIDO advised that she remembered talking about purchasing the firearm for Esteban PULIDO over jail calls.

15. Aylin PULIDO advised that Esteban PULIDO knew that Aylin PULIDO was purchasing the firearm for Esteban PULIDO. Aylin PULIDO advised that Esteban PULIDO knew he was not allowed to possess firearms.

16. Aylin PULIDO advised that she paid approximately $100 to $200 of the $974.24 that Aylin PULIDO paid for the firearm, and that Esteban PULIDO provided the rest of the funds to Aylin PULIDO to purchase the firearm.

17. Aylin PULIDO advised that she did not know the caliber of the firearm she just purchased. Aylin PULIDO advised that Esteban PULIDO frequently mentioned wanting an AK-47 type rifle, and that is why Aylin PULIDO purchased that type of firearm.

18. Aylin PULIDO advised that she is currently residing in Chaparral, NM. Aylin PULIDO advised that she has not lived at the Texas address she listed on ATF Form 4473 for approximately two years.

19. An ATF Interstate Nexus Expert determined that the DPMS Panther Arms, Model Anvil, 7.62 caliber rifle with serial number AV4702245 was not made in Texas, therefore affecting interstate commerce.

20. This affidavit is submitted for the purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation. Based on the aforementioned facts and circumstances, your affiant believes probable cause exists that Aylin PULIDO and Esteban PULIDO conspired to straw purchase a firearm, in violation of Title 18, USC, Section 932(b)(1), straw purchasing a firearm with intention to sell or otherwise dispose of the firearm to an individual under indictment for, or has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, as set forth in Title 18 U.S.C. Section 922(d)(1).

ATF Special Agent Joshua Dolan